U.S. Department of Justice

United States Attorney

**SEALED**

**United States District Court
Western District of Texas**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | SA15CR0024 DAE |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | |
| JUAN MANUAL MUNOZ-LUEVANO ) | |
| Aka, " El Ingeniero" aka "El Inge" ) | |
| aka "Mono" aka "The Engineer" ) | |
| aka "Manuelito" ) | |

### ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

JUAN MANUAL MUNOZ-LUEVANO
aka, " El Ingeniero" aka "El Inge"
aka "Mono" aka "The Engineer"
aka "Manuelito"

ENTERED at San Antonio, Texas, this _7_ day of _January_, 2015.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that **Defendant** JUAN MANUAL MUNOZ-LUEVANO, aka, "El Ingeniero", aka "El Inge", aka "Mono", aka "The Engineer", aka "Manuelito", be detained without bond.

**BENCHWAR.FRM**