AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>JUAN MANUEL MUNOZ-LUEVANO<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  SA-15-CR-24-(1)-DAE |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*          JUAN MANUEL MUNOZ-LUEVANO                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

21:846 &841(a)(1)- Conpsiracy to Possess a Controlled Substance with Intent to Distribute Cocaine; 21:952 & 960(a)(1) - Conspiracy to Import with Intent to Distribute a Controlled Substance, Cocaine;  21:959(a) - Unlawful Distribution of a Controlled Substance Extra-Territorial;  21:841(a)(1) and 18:2 - Possession with Intent to Distribute (Cocaine); Aiding and Abetting; 18:924(c)(1) & (o) - Conspiracy to Possess Firearms in Furtherance of Drug Trafficking; 18:1956 - Laundering of Monetary Instruments.

Date:   01/07/2015                                                             _____
                                                                                              *Issuing officer's signature*

City and state:   SAN ANTONIO, TEXAS                              Rosanne M. Garza, Deputy Clerk
                                                                                              *Printed name and title*

---

**Return**

   This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                                    _____
                                                                                              *Arresting officer's signature*

                                                                                              _____
                                                                                              *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____