CASE SEALED: **X** UNSEALED: \_\_\_\_        **SEALED**

CASE NO: _____

# PERSONAL DATA SHEET
### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

USAO #: 2014R17644

SA15CR0024

COUNTY: BEXAR     DIVISION: SAN ANTONIO     JUDGE: _____

DATE: JANUARY 7, 2015     MAG.CT.#: NONE     FBI #: \_\_

ASSISTANT U.S. ATTORNEY: RUSSELL D. LEACHMAN     DEF. D.O.B.: ▆▆▆▆

DEFENDANT NAME: JUAN MANUEL MUNOZ-LUEVANO     DEF. SSN: \_

DEFENDANT'S A/K/A'S: El Ingeniero, El Inge, Mono, The Engineer, Manuelito     Male **X** Female \_\_\_

DEFENDANT'S ADDRESS: _____

CITIZENSHIP: United States: **X**     Mexican \_\_\_\_\_     Other: \_\_\_\_\_

INTERPRETER NEEDED: YES: \_\_\_\_\_     NO: **X**     Language: \_\_\_\_\_

DEFENSE ATTORNEY'S NAME: NONE YET

Employed: \_\_\_\_\_ Appointed: \_\_\_\_\_

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS: In Jail: **NO**    Where: _____     Writ Attached: N/A

On Bond: **NO**    Amount of Bond: _____     SID# _____

AUSA Bond Recommendation: **DETAIN W/O BOND**

DATE OF ARREST: _____     TO BE ARRESTED: **X**     BENCH WARRANT NEEDED: **YES**

PROBATION OFFICER: _____     NAME & ADDRESS OF SURETY: _____

PROSECUTION BY: **X** INDICTMENT     \_\_\_\_\_ INFORMATION

OFFENSE: **CT 1:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute (Cocaine); **CT 2:** 21:952 & 960(a)(1)-Conspiracy to Import with Intent to Distribute a Controlled Substance (Cocaine); **CT 3:** 21: 959(a)- Unlawful Distribution of a Controlled Substance Extra-territorial; **CT 4:** 21:841(a)(1) and 18:2- Possession with Intent to Distribute (Cocaine); Aiding & Abetting **CT 5:** 18:924(c)(1)&(o)- Conspiracy to Possess Firearms in Furtherance of Drug Trafficking; **CT:6** 18:1956- Laundering of Monetary Instruments

OFFENSE IS: FELONY **X**     CLASS A MISDEMEANOR \_\_\_\_\_     CLASS B/C PETTY OFFENSE \_\_\_\_\_

MAXIMUM SENTENCE: CTS 1 – 3 (EACH COUNT): 10 years-life imprisonment, Maximum $10,000,000 fine Minimum 5 years supervised release, $100 mandatory special assessment. **CT 4:** 5-40 years imprisonment, Maximum $5,000,000 fine, Minimum 4 years supervised release, $100 mandatory special assessment. **CTS 5 & 6 (EACH COUNT):** 0-20 years imprisonment, Maximum $500,000 fine, 3 years supervised release, $100 mandatory special assessment.

AGENT/AGENCY: Fred Slowik/ DEA     MANDATORY PENALTY: Yes: **X** No: \_\_ As to special assessment only.

REMARKS: _____ ns

Revised form as of 03/20/2014