UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | SA-15-CR-024-DAE |
| ) | |
| JUAN MANUEL MUNOZ-LUEVANO ) | |

## O R D E R

On this date came to be heard Government's Motion to Unseal Indictment on the above referenced defendant, and the Court having considered same, it is of the opinion that said motion should be hereby GRANTED.

SIGNED and ENTERED on this the 21st day of March, 2016.

~~DAVID A. EZRA~~
United States District Judge