UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:15-CR-00024(1)-DAE |
| | § | |
| (1) Juan Manuel Munoz-Luevano | § | |

ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom F, on the 3rd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on **Monday, May 06, 2024 at 09:45 AM**. Sentencing memoranda and motions relevant to the sentencing hearing must be submitted to the Court no later than 5 days prior to the sentencing hearing.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED.

DATED: San Antonio, Texas, April 25, 2024.

DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE